## Commonwealth *v.* Robson, Appellant.

Submitted November 17, 1975. *Jack Sparacino,* Assistant Public Defender, and *Dante G. Bertani,* Public Defender, for appellant; *David B. Wasson,* Assistant District Attorney, and *Albert M. Nichols,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The case is remanded to the trial court to allow appellant to file a motion to withdraw his guilty plea *nunc pro tunc*. See *Commonwealth v. Roberts*, 237 Pa. Superior Ct. 336, 352 A.2d 140 (1975); *Commonwealth v. Zakrzewski*, 460 Pa. 528, 333 A.2d 898 (1975).

PRICE, J., dissents on the basis of his dissenting opinion in *Commonwealth v. Roberts*, supra, 237 Pa. Superior Ct. 336, 340 (1975).